UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Vel M. Bluford <br>           Plaintiff(s) <br><br> v. <br><br> The National Railroad Passenger Corp. dba Amtrak <br><br>           Defendant(s) | CASE No C 4:17-cv-03891-HSG <br><br> STIPULATION AND [PROPOSED] <br> ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** *(specify process and provider)*

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: February 2, 2018

Date: 9/26/17          /s/ Jocelyn Burton
                                   Attorney for Plaintiff

Date: 9/26/17          /s/ Cristina L. Piechocki
                                   Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 9/27/2017

*signature: Haywood S. Gill Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-2017


American LegalNet, Inc.
www.FormsWorkFlow.com